EX. A

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR WINNEBAGO COUNTY, ILLINOIS

| | | |
|---|---|---|
| VALLEY BEACH CONDOMINIUM INC., | ) | |
| | ) | |
| | ) | Case No.: 2023-LA-0000213 |
| Plaintiff, | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| v. | ) | |
| | ) | |
| MID-CENTURY | ) | |
| INSURANCE COMPANY, | ) | Virtual Meeting Scheduled |
| | ) | Meeting ID #   813 9084 1419 |
| | ) | Virtual Meeting by Computer: Zoom.us |
| Defendant. | ) | Virtual Meeting by Phone: |
| | | 312-626-6799 / 646-558-8656 / 346-248-7799 |
| | | Instructions at https://tinyurl.com/virtualcourt17 |

## SUMMONS

To:    MID-CENTURY INSURANCE COMPANY
       6301 Owensmouth Avenue       CMC:9/13/23 @9AM rm 412
       Woodland Hills, California 93167

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of Court, within 30 days after service of this summons, exclusive of the date of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed for in the Complaint.

This summons must be returned by the officer or person to whom it was given for service, with the endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

WITNESS, the Clerk of Said Court, and seal thereof, at Rockford, Illinois, this _____ day of _____, 2023.

DATE: 6/13/2023

Frederick W. Nessler & Assoc.
1600 West Bay Drive
Largo, FL 33770
(727) 333-7116

Thomas A. Klein, Clerk of Court

BY: _____
Deputy Clerk

Electronically Issued Document ID: _____



RECEIVED
JUN 30 2023
BY: Cameron V.

**ELECTRONICALLY FILED**
DOC ID: 23121332
CASE NO: 2023-LA-0000213
DATE: 6/13/2023 12:32 PM
BY: L G, DEPUTY

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR WINNEBAGO COUNTY, ILLINOIS

| | | |
|---|---|---|
| VALLEY BEACH CONDOMINIUM, INC., | ) ) ) | Case No.: **2023-LA-0000213** |
| Plaintiff, | ) ) | TRIAL BY JURY DEMANDED |
| v. | ) ) | |
| MID-CENTURY INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## COMPLAINT

**COMES NOW**, the Plaintiff, VALLEY BEACH CONDOMINIUM, INC. ("Plaintiff"), by through its undersigned counsel, The Law Offices of Frederick W. Nessler & Associates, PLLC., and in complaining of the Defendant, MID-CENTURY INSURANCE COMPANY, alleges and states as follows:

### PARTIES AND VENUE

1.      At all times material hereto, Plaintiff was a condominium association which controlled buildings located at the following addresses: 800-830 Mets Lane, Rockton, Illinois 61072 and 802 Metz Road Rockton, Illinois 61072.

2.      At all times material hereto, Defendant, MID-CENTURTY INSURANCE COMPANY ("Defendant"), was a for-profit corporation who engaged in the business of providing insurance coverage to property owners located in Winnebago County, Illinois.

3.      Venue is proper pursuant to 735 ILCS 5/2-101 as the disputes at issue occurred in Winnebago County, Illinois.

## GENERAL ALLEGATIONS

4.      Plaintiff was a condominium association which controlled buildings (collectively the "Property) located 800-830 Mets Lane, Rockton, Illinois 61072 and 802 Metz Road Rockton, Illinois 61072.

5.      At the time of loss, Plaintiff maintained a policy of insurance covering the Property for fire and/or explosive pollutants beginning January 13, 2021 and ending January 13, 2022, policy numbered 60588-75-91 (the "Policy"). A true and correct copy of the Policy is attached hereto as **Exhibit A**.

6.      On or about June 14, 2021, Plaintiff's Property was damaged as a result of fire and/or explosive pollutants from a chemical explosion.

7.      Plaintiff promptly notified Defendant of the loss.

8.      Defendant accepted coverage of Plaintiff's claim and assigned claim number 7003029464-41-1 to said claim.

9.      Shortly after being notified of the loss, Defendant inspected the subject Property and provided a minimal, undisputed payment.

10.     Defendant's initial undisputed payment does not take into account the totality of repairs needed at the subject Property.

11.     All conditions precedent to obtaining coverage for the subject loss have been complied with, met, or waived.

## COUNT I – BREACH OF CONTRACT

12.     Plaintiff re-alleges and re-incorporates Paragraphs 1 through 12 above as if fully set forth herein.

2

13.     Plaintiff and Defendant are parties to a valid and binding contract for insurance which requires Defendant to provide benefits to Plaintiff in the event of a covered loss to the Property.

14.     Upon information and belief, Plaintiff has suffered a covered loss under the Policy.

15.     Defendant refuses to provide benefits due to Plaintiff to restore the Property to its pre-loss condition.

16.     Defendant has breached the Policy by failing to pay for all benefits to which Plaintiff is entitled to for the loss.

17.     Plaintiff has been damaged by Defendant's breach of the insurance contract.

18.     Plaintiff is entitled to compensation for Defendant's breach of contract.

**WHEREFORE**, Plaintiff, VALLEY BEACH CONDOMINIUM, INC., demand judgment against Defendant, MID-CENTURY INSURANCE COMPANY, for:

A.  All damages to which Plaintiff is entitled, and

B.  Any such other relief this Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222

The undesigned hereby certifies that the total money damages sought in this action exceed Fifty Thousand Dollars ($50,000.00).

3

Dated:  June 13, 2023         **CAMBRIDGE PLACE ASSOCIATION OF ROCKTON, Plaintiff**

By: */S/Damian S. Sullivent*
One of its attorneys

Damian S. Sullivent, Esq.
ARDC No. 63040449
NESSLER & ASSOCIATES, LTD.
1600 West Bay Drive
Largo, Florida 33770
727/333.3093 (Office)
727/333.7116 (Fax)
dsullivent@nesslerlaw.com
cbowlby@nesslerlaw.com – Secondary

## PRAECIPE FOR SUMMONS

Plaintiff requests that the Clerk of this Court of Winnebago County issue a Summons to be served upon:

MID-CENTURY INSRUANCE COMPANY
6301 Owensmouth Avenue
Woodland Hills, California 93167

Said Summons returnable as provided by law.

4

**ELECTRONICALLY FILED**
DOC ID: 23121332
CASE NO: 2023-LA-0000213
DATE: 6/13/2023 12:32 PM
BY: L G, DEPUTY

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR WINNEBAGO COUNTY, ILLINOIS

| | | |
|---|---|---|
| VALLEY BEACH CONDOMINIUM, INC., | ) ) ) | Case No.:2023-LA-0000213 |
| Plaintiff, | ) ) | TRIAL BY JURY DEMANDED |
| v. | ) ) | |
| MID-CENTURY INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## JURY DEMAND – 12 PEOPLE

---

**NOW COMES** the Plaintiff, VALLEY BEACH CONDOMINIUM, INC. , by and through his attorneys, THE LAW OFFICES OF FREDERICK W. NESSLER & ASSOCIATES, Ltd., complaining of the Defendant, MID-CENTURY INSURANCE COMPANY, and for their jury demand states as follows:

**We hereby demand a jury of 12 people.**

Dated: June 13, 2023

**CAMBRIDGE PLACE ASSOCIATION OF ROCKTON, Plaintiff**

By: _/S/Damian S. Sullivent__
One of its attorneys

Damian S. Sullivent, Esq.
ARDC No. 63040449
NESSLER & ASSOCIATES, LTD.
1600 West Bay Drive
Largo, Florida 33770
727/333.3093 (Office)

1

727/333.7116 (Fax)
dsullivent@nesslerlaw.com
cbowlby@nesslerlaw.com – **Secondary**