**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Valley Beach Condominium, Inc.

Plaintiff,

v.

Case No.: 1:23−cv−14247
Honorable Thomas M. Durkin

Mid−Century Insurance Company

Defendant.

## DIVISIONAL TRANSFER NOTICE

DIVISIONAL TRANSFER Notice. Case transferred to Western Division − Rockford. Pursuant to transfer order: [23]. (jj, )